**STATE OF VERMONT**

VERMONT SUPERIOR COURT

Docket No. To Be Assigned

SEP 17 2021

CHITTENDEN UNIT

## APPLICATION TO WAIVE FILING FEES AND SERVICE COSTS

Name (First & Last) **Matthew J. Morgan**
Street Address: **E.C.C.F - 702 Stowersville Rd, P.O. Box 68**
City/State/Zip: **Lewis, New York 12950**
Mailing Address: (if different from street address) **P.O. Box 68 Lewis, NY - 12950**
Telephone Number: **N/A**    Date of Birth: **7-23-69**    Social Security #: ~~████████~~

**Others Living with You** (include adults & children)
/N/A/    Incarcerated    /N/A/

Total Number Living in Household _____

**Employment**    *I have no facility employment.*
Are you employed?  ☐ Yes  ☒ No    If Yes, list Employers' Name & Address

Employer Name — /N/A/    Employer Address — /N/A/

### Income

Do you receive Public Assistance?  ☐ Yes  ☒ No
(including TANF/Reach UP; SSI, General Assistance)

**Not Financially**

Your Current Monthly Income **But I have a State Paid Attorney**

Gross Income from Wages $ ⊘
Unemployment Compensation $ ⊘
Child Support $ ⊘
Public Assistance $ ⊘
Other Income $ ⊘
(including Disability Insurance & Social Security)
Self-Employment/Business Income $ ⊘
(other than wages)
Total Monthly Income $ ⊘
Total Income in the past 12 months $ ⊘

Is your income in the last 30 days significantly different from your monthly income during the previous year?
☐ Yes  ☒ No
If Yes, please explain the circumstance on the next page.

### Expenses

Enter your **monthly** household expenses

Rent or Mortgage Payment $ ⊘
Electric Service $
Phone $
Fuel (heat and/or gas) $
Food $
Clothing $
Medical $
Child Support $
Auto Loan Payment $
Property Taxes $
Insurance (health, auto, etc.) $
Other Expenses $
Total Expenses $ ⊘

| **Cash Assets** | | **Other Assets** | | |
|---|---|---|---|---|
| | | Real Estate (Location) | | Auto (Make, Model, Year) |
| Cash on Hand | $ 0 | Fair Market | $ 0 | $ 0 |
| Checking Account | $ 0 | Value Outstanding | $ 0 | $ 0 |
| Savings Account | $ 9.83 | Mortgage | $ 0 | $ 0 |
| Total Cash Assets | $ 9.83 | Net Value | $ 0 | $ 0 |
| Opportunity Credit Union | | | | |

**Additional Assets**

I have additional assets: ☐ Yes ☒ No   *If Yes, describe them below*

| **Vehicles** | Make, Model, Year | Fair Market Value (FMV) | Amount Owed | Net Value |
|---|---|---|---|---|
| | N/A | $ 0 | $ 0 | $ 0 |
| | | $ 0 | $ 0 | $ 0 |
| | | $ 0 | $ 0 | $ 0 |
| | | $ 0 | $ 0 | $ 0 |

| **Real Property** | Description | FMV | Mortgage | Net Value |
|---|---|---|---|---|
| | N/A | $ 0 | $ 0 | $ 0 |
| | | $ 0 | $ 0 | $ 0 |

| **Other Assets** *(examples - tools, equipment, recreational vehicles, electronics, stocks, bonds, etc.)* | Description | FMV | Use additional sheets as necessary |
|---|---|---|---|
| | N/A | N/A | |

**Change in Monthly Income**

If your current monthly income is significantly different from last year's income, describe the reasons for the change.
My income last year (past 12 months) was   $ 0
The reason for the change is: I'm still waiting for Stimulus Checks!!!!

I request the Court waive filing fees and/or pay service fees in this case because of my low income. I further state that all of my answers are true to the best of my knowledge and belief, **under penalty of perjury**.

**Signed and sworn before me**

Applicant Signature _Matthew J. Morgan_   Date _8/10/21_

**Notary Public**
Signature _Amie Bigelow_   Date _8/10/21_
Printed Name _Amie Bigelow_   License # _01BI6316810_   Commission Expiration Date _12/22/22_

AMIE L BIGELOW
Notary Public, State of New York
No. 01BI6316810
Qualified in Essex County
My Commission Expires 12/22/2022

## Determination of Financial Eligibility

☐ The Application is **DENIED**
The gross income of the applicant is greater than 150% of the poverty line, AND the applicant does not receive public assistance. The applicant is able to pay the filing fee and costs of service without expending income or liquid resources necessary for the maintenance of the applicant and all dependents.
**YOU MUST PAY $_____ TO THE COURT CLERK WITHIN 30 DAYS OR THE CASE WILL BE DISMISSED.**

☒ The Application is **GRANTED**
  ☐ Applicant receives public assistance OR
  ☒ The gross income of the applicant is at or below 150% of the poverty income guidelines. OR
  ☐ Applicant is unable to pay the entire filing fee or costs of service without expending income or liquid resources necessary for the maintenance of the applicant and all dependents.
  **THE FILING FEES AND COSTS OF SERVICE IS WAIVED.**

☐ The Application is **GRANTED** in part and **DENIED** in part
Applicant is a financially needy person; however, based on the financial statement, Applicant is able to pay the costs of service without expending household income or liquid resources necessary for the maintenance of the applicant and all dependents.
**THE FILING FEES ARE WAIVED. THE COSTS OF SERVICE ARE NOT WAIVED.**
You must pay $_____ in Service fees to  ☐ the Clerk  ☐ sheriff.
You must pay $_____ to the Court Clerk within 30 days or the case will be dismissed.

Date 9/23/21                                Signature of Clerk or Designee _Nancy J. Blau_

**Notice of Right to Appeal:** You have the right to **appeal** this order to the Judge of this Court. Your appeal must be filed in writing with the Clerk of this Court with 7 days of the date of this Order.